EXHIBIT
**C**

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| STUART TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>KUM & GO, L.C. and TRACY GING,<br><br>        Defendants, | Case No.<br><br><br>**PETITION** |

COMES NOW the Plaintiff, Stuart Taylor, and for his cause of action against Kum & Go, L.C. and Tracy Ging, states as follows:

### INTRODUCTION

1. This is an action brought under the Iowa Civil Rights Act ("ICRA"), Iowa Code Chapter 216.

2. Venue is appropriate in Polk County because the events giving rise to this Petition occurred in Polk County, Iowa. Venue is also appropriate because Defendants reside in Polk County.

### PARTIES

3. At the time of the events giving rise to this cause of action, Plaintiff Stuart Taylor ("Stuart") was a citizen and resident of Polk County, Iowa. Taylor is currently a citizen and resident of Louisiana.

4. At all times material hereto, Tracy Ging was a citizen and resident of Polk County, Iowa.

5. At all times material hereto, Defendant Kum & Go, L.C. ("Kum & Go") was an Iowa Corporation with its principal place of business in Polk County, Iowa.

6. The facts giving rise to this cause of action occurred in Des Moines, Polk County, Iowa.

## PROCEDURAL REQUIREMENTS

7. On June 9, 2023, within 300 days of the acts of which he complains, Stuart filed a charge of employment discrimination with the Iowa Civil Rights Commission against the above named Defendants.

8. On July 2, 2025, less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued to Taylor an Administrative Release/Letter of Right-to-Sue with respect to such charges of discrimination.

## FACTUAL BACKGROUND

9. Taylor began working for Kum & Go in 2018 as the Vice President of Business Insights and Analytics.  This position initially reported to  Kum & Go's Chief Financial Officer (CFO), then shortly thereafter moved to the marketing department, reporting directly to the Chief Marketing Officer ("CMO").

10. While Stuart worked for Kum & Go, he also filled the interim roles of Vice President of Category Management (2020) and Vice President of Food Service (late 2020 through 2021), all while maintaining his role as Vice President of Business Insights and Analytics. While Stuart was the Vice President of Category Management, Tanner Krause was the acting CMO.

11. Stuart had uniformly positive experiences working with Mr. Krause.  Mr. Krause even designated Stuart as a "Shooting Star," which means the Senior Leadership Team

recognized Stuart as a talent with continued runway for growth and the potential to join the Senior Leadership Team.

12. During 2019, Stuart worked closely with Mr. Krause and others in leading development of a new brand strategy for Kum & Go called: "Convenient Healthy Choices."

13. This strategy was formalized by the end of 2019 with Stuart becoming a key lead in sharing/communicating this strategy across the organization while driving the insight agenda to continue to define and help activate the strategy.

14. Tracy Ging ("Ging") was hired as the new CMO midway through 2020.

15. The then Vice President of Food Service, Jeff Schamburger, was fired by Ms. Ging in the fall of 2020.

16. Ging relied on Stuart to develop a new Food Strategy and Business Plan, which was finalized in early 2021.

17. Based on this work, and needing formal leadership of the Food business, Stuart was asked to serve as the Interim Vice President of Food.

18. Stuart led the implementation of the strategy and plan, resulting in full roll-out into two test markets by the end of 2021.

19. In early 2022, despite having spearheaded a new program that would go on to win awards (eg, 2023 Food Service Innovator of the Year from Convenience Store News) and filling multiple VP roles with the company, Stuart received only a "meets expectations" performance review from Ging.

20. Ms. Ging also made the decision to strip him of the "Shooting Star" designation, while hiring a woman into the role of permanent Vice President of Food. This role was previously held by Stuart.

21. Ging had the habit of making comments to Stuart that she would not have made to a woman. For example, the Marketing Leadership Team ("MLT") was having problems getting other teams at Kum & Go to adopt their new brand strategy. The collaborative approach that had been tried obviously was not working. Stuart suggested they take a more directive approach in showing the teams how to conform with the brand strategy.

22. In response, Ging was critical of Stuart for making this statement. She specifically mentioned gender in her criticism of Stuart, and somehow managed to accuse him of gender discrimination based on his neutral suggestion.

23. Years after this meeting, Kum & Go adopted a leadership training program, central to which was finding the balance between collaborative and directive leadership. The group Stuart was a part of ultimately determined that Kum & Go relied too much on collaboration and should be more directive.

24. This above is an example of Ging exhibiting sexist beliefs and stereotypes by accusing Stuart of being chauvinistic simply for voicing an opinion that was different than her own.

25. Ging never accused female colleagues and subordinates of discriminatory motives when they disagreed with her.

26. On several occasions Ging asked Stuart to help her navigate "the old boys network" at Kum & Go, especially related to the Operations department.

27. On another occasion months later, Ging directly accused Stuart of sexist behavior.

28. Stuart asked Ging why she had accused him multiple times of being sexist. Ging's response was to apologize, to say that she didn't really know, but that sometimes people just "need a punch in the nose."

29. Another example of Ging's bias occurred when Stuart was critical of the work done by a female Director regarding Kum & Go's sponsorship plans.

30. Stuart had reached out to this Director in late June of 2022 about sponsoring a bicycle racing team, in which Stuart's adult daughter would be a participant, in Salt Lake City, Utah; an area Kum & Go was expanding into.

31. This Director stated Kum & Go would not sponsor this team because it was not consistent with Kum & Go's sponsorship strategy. The three reasons given were that they didn't have any stores in the area (although two were under construction currently); they didn't have anyone employed in that market (which was not true); and the mountain bike racing was in the mountains, and not near the stores.

32. However, a couple months later this same Director gave a presentation to the MLT on sponsorships. At the presentation the director stated that reasons to approve a sponsorship included: (1) if it is a new market; (2) if there are new stores in the area; and (3) if it is consistent with the brand strategy.

33. Sponsoring a mountain biking team was consistent with the current brand strategy of Convenient Healthy Choices.

34. During this meeting Stuart asked this Director a few direct questions about these strategies. Stuart did not badger her but did apologize to the director after the meeting in case she took those questions the wrong way.

35. After this presentation, though, Ging directly accused Stuart of trying to intimidate this Director because she was a woman.

36. Stuart explained that his questions were valid and again pointed out that this was not the first time Ging had accused Stuart of sexism. Ging apologized for the unwarranted and repeated accusations.

37. Ging's treatment of Stuart after he asked two or three polite but direct questions in a meeting is vastly different from how Ging treated women who exhibited disrespectful behavior in meetings.

38. For example, the VP of Category Management (a woman) repeatedly questioned the VP of Merchandising (a man) on his organizational structure during a presentation/meeting.

39. The VP of Category Management's questioning was argumentative and badgering, and went on for at least ten minutes.

40. Ging witnessed a female VP berating a male colleague and did nothing to intervene. The female VP was never spoken to or disciplined for her disrespectful behavior toward a male peer.

41. Ging's blatant disparity in treatment between Stuart and the female VP is evidence of unlawful bias. Ging tolerates women disrespecting men, but even a perceived slight of a man against a woman was met with an iron fist.

42. Ging's negative opinions towards men did not stop with Stuart. Toward the end of Stuart's employment with Kum & Go, Ging began talking negatively with Stuart about other male members of the senior leadership team.

43. In particular, Ms. Ging repeatedly bashed the CIO, Levon Hooks, and COO, Reed Rainey, of Kum & Go, both of whom are men.

44. Additionally, Stuart is not the only employee of Kum & Go to conclude that Ging does not like male employees. Stuart has also been told by another individual who worked with Ging that "Tracy is good at strategy, but the thing about her is she just hates men."

45. Stuart was terminated by Ms. Ging on April 20, 2023. She stated he was being terminated for "performance reasons."

46. The specific reasons given by Ging during the termination meeting all related to goals from 2022. Indeed, just a few months prior to his termination, Stuart received a "meets expectations" from Ging on those goals.

47. Ging never set a valid platform with objective goals for Stuart's performance; rather, she was actively undermining Stuart's efforts by continuously asking for post-hoc measurement validation (that was not possible) for marketing programs, rather than providing the time and resources necessary for Stuart and his team to continue to move forward in driving company strategy and decisions.

48. Ging's purported reason for Stuart's termination is pretext for illegal gender discrimination.

**VIOLATION OF IOWA CODE CHAPTER 216 – GENDER DISCRIMINATION**

49. Plaintiff realleges and incorporates by reference paragraphs 1 through 48 of this Petition as if fully set forth herein.

50. Defendants have discriminated against Stuart with respect to the terms and conditions of his employment on the basis of his gender in violation of the Iowa Civil Rights Act.

51. Defendants engaged in a continuing pattern and practice of gender discrimination against Stuart and other male workers in violation of the Iowa Civil Rights Act.

52. The motivating factor for the Defendants' treatment of Stuart was his gender.

53. Defendants can offer no lawful reason for the treatment of Stuart and any proffered reason is pretext for illegal discrimination.

WHEREFORE, Plaintiff Stuart Taylor prays for the following relief:

(a) That the Court declare the Defendants' conduct complained of herein to be in violation of the Plaintiff's rights as secured by the Iowa Civil Rights Act;
(b) That the Court permanently enjoin Defendants and their owners, officers, management personnel, employees, agents, attorneys, successors and assigns and those acting in concert therewith from any conduct violating the Plaintiff's rights or the rights of other similarly situated as secured by the Iowa Civil Rights Act;
(c) That the Court award Plaintiff compensatory damages;
(d) That the court order Defendants to make whole the Plaintiff by providing appropriate past and future lost earnings and benefits with pre-judgment interest, and other affirmative relief;
(e) That the Court award Plaintiff attorneys' fees and costs incurred in the prosecution of this action; and
(f) That the Court award Plaintiff such additional and further relief as it deems just and proper.

/s/ Thomas J. Duff
THOMAS J. DUFF
/s/ JIM T. DUFF
JIM T. DUFF
DUFF LAW FIRM, P.L.C.
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
Phone: (515) 224-4999
Email: tom@tdufflaw.com
jim@tdufflaw.com
cc: wendy@tdufflaw.com
ATTORNEY FOR PLAINTIFF

*Original electronically filed.*

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| STUART TAYLOR,<br><br>　　　Plaintiff,<br><br>v.<br><br>KUM & GO, L.C. and TRACY GING,<br><br>　　　Defendants, | Case No.<br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANTS:

　　You are notified that a petition has been filed electronically in this court naming you as the defendant in this action.  A copy of the Petition (and any documents filed with it) is attached to this notice.  The attorneys for the Plaintiff(s) are Thomas J. Duff and Jim Duff of Duff Law Firm, P.L.C., whose address is 4090 Westown Parkway, Suite 102, West Des Moines, Iowa 50266.  The attorneys' phone number are 515-224-4999; facsimile number 515-327-5401.  That attorneys' email are tom@tdufflaw.com and jim@tdufflaw.com.

　　Polk County is an efiling county.  Please refer to Chapter 16 of the Iowa Rules of Court and specifically Division VI of Chapter 16 regarding the protection of personal information.

　　You must serve a motion or answer within 20 days after the service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County, at the county courthouse in Des Moines, Iowa.  If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

　　If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

　　　　　　　　　　　　　　　　　　CLERK OF THE ABOVE COURT
　　　　　　　　　　　　　　　　　　Polk County Courthouse
　　　　　　　　　　　　　　　　　　500 Mulberry Street
　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309

　　　YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

| | | |
|---|---|---|
| **Iowa Judicial Branch** | Case No. | **LACL163507** |
| | County | **Polk** |

Case Title    STUART TAYLOR VS KUM AND GO LC ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 561-5818** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued   **08/18/2025 04:16:45 PM**



District Clerk of Court or/by Clerk's Designee of   Polk          County
/s/ **Cole Heim**

### IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| STUART TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>KUM & GO, L.C. and TRACY GING,<br><br>    Defendants, | Case No.<br><br><br>**JURY DEMAND** |

COMES NOW the Plaintiff, Stuart Taylor, and demands trial by jury on all counts alleged in his Petition.

/s/ Thomas J. Duff
THOMAS J. DUFF
/s/ JIM T. DUFF
JIM T. DUFF
DUFF LAW FIRM, P.L.C.
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
Phone: (515) 224-4999
Email: tom@tdufflaw.com
         jim@tdufflaw.com
         cc: wendy@tdufflaw.com
ATTORNEY FOR PLAINTIFF

*Original electronically filed.*

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| STUART TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>KUM & GO, L.C., and TRACY GING,<br><br>    Defendants. | Law No. LACL 163507<br><br><br><br>ACCEPTANCE AND WAIVER OF SERVICE |

I, Thomas M. Cunningham, do hereby acknowledge receipt of the <u>Original Notice</u>, <u>Petition</u>, and <u>Jury Demand</u> in the above captioned case.

I am authorized to accept service of the <u>Original Notice</u>, <u>Petition</u>, and <u>Jury Demand</u> on behalf of Defendants **KUM & GO, L.C., and TRACY GING.**

I hereby accept service of the Original Notice, the Petition, and Jury Demand on behalf of defendants **KUM & GO, L.C., and TRACY GING.** This Acceptance and Waiver of Service of Process is made as of October 24, 2025, and shall constitute service of the Original Notice, the Petition, and Jury Demand upon those Defendants effective as of this date.

> */s/ Thomas M. Cunningham*
> Thomas M. Cunningham AT0001830
> Email: tmcunningham@nyemaster.com
> Brianna L. Long AT0013958
> Email: blong@nyemaster.com
> Victoria L. Biggerstaff Egger AT0015679
> Email: vegger@nyemaster.com
> NYEMASTER GOODE, P.C.
> 700 Walnut Street, Suite 1600
> Des Moines, IA 50309
> Telephone: (515) 283-8176
> Facsimile: (515) 283-8045
> ATTORNEYS FOR DEFENDANTS

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 24, 2025, the foregoing was filed with the Clerk of Court using the Iowa Electronic Document Management System, which will send notifications of electronic filing to the following counsel. Per Iowa Rule 16.318(1), this constitutes service of the document for purposes of the Iowa Court Rules.

Thomas J. Duff
Jim T. Duff
DUFF LAW FIRM, P.L.C.
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
Phone: (515) 224-4999
Email: tom@tdufflaw.com
jim@tdufflaw.com
cc: wendy@tdufflaw.com
ATTORNEY FOR PLAINTIFF

*/s/ Thomas M. Cunningham*

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| STUART TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KUM & GO, L.C., and TRACY GING,<br><br>Defendants. | Law No. LACL 163507<br><br><br><br>ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANTS AND STIPULATION FOR EXTENSION OF TIME TO MOVE OR PLEAD |

Thomas M. Cunningham, Brianna L. Long, and Victoria L. Biggerstaff Egger of Nyemaster Goode, P.C., hereby enter their appearances as counsel for Defendants. Defendants' counsel is filing simultaneously herewith an Acceptance and Waiver of Service dated October 24, 2025. Counsel for Plaintiff and Defendants have agreed that Defendants shall have until and including November 24, 2025, to answer or otherwise plead in response (including without limitation all Rule 1.421 motions and defenses) to Plaintiff's Petition.

*/s/ Thomas M. Cunningham*
Thomas M. Cunningham AT0001830
Email: tmcunningham@nyemaster.com
*/s/ Brianna L. Long*
Brianna L. Long AT0013958
Email: blong@nyemaster.com
*/s/ Victoria L. Biggerstaff Egger*
Victoria L. Biggerstaff Egger AT0015679
Email: vegger@nyemaster.com
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-8176
Facsimile: (515) 283-8045
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 24, 2025, the foregoing was filed with the Clerk of Court using the Iowa Electronic Document Management System, which will send notifications of electronic filing to the following counsel.  Per Iowa Rule 16.318(1), this constitutes service of the document for purposes of the Iowa Court Rules.

Thomas J. Duff
Jim T. Duff
DUFF LAW FIRM, P.L.C.
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
Phone: (515) 224-4999
Email: tom@tdufflaw.com
jim@tdufflaw.com
cc: wendy@tdufflaw.com
ATTORNEY FOR PLAINTIFF

*/s/ Thomas M. Cunningham*